TOWNSHIP OF WAYNE v. MILDRED K. HIGGINS.

May 1, 1973. Petition for certification denied.

LEONARD J. WEHRLE v. JOHN M. WEHRLE.

May 1, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. VIRGIL SCALFARO.

May 1, 1973. Petition for certification denied.

DEAL GARDENS, INC. v. WILLIAM GREEN.

May 1, 1973. Petition for certification denied.

ALEX BIRNBAUM v. NICHOLAS D. HEIL.

May 1, 1973. Petition for certification denied.

ELIZABETH M. HOLLENBACK v. JOSEPH R. TALLARICO.

May 1, 1973. Petition for certification denied.